# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2698

_____

MICHAEL TODD BUTLER,

Appellant,

v.

CITY OF TALLAHASSEE RISK
MANAGEMENT,

Appellee.

_____

On appeal from an order of the Judge of Compensation Claims.
John J. Lazzara, Judge.

Date of Accident:  December 23, 2015.

October 4, 2018

PER CURIAM.

AFFIRMED.

OSTERHAUS, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Kimberly A. Hill of Kimberly A. Hill, P.L., Fort Lauderdale, for Appellant.

Christopher J. DuBois and Mary E. Cruickshank of DuBois & Cruickshank, P.A., Tallahassee, for Appellee.